# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1281
_____

SHAUN BLUNT,

Appellant,

v.

CYPRESS PROPERTY & CASUALTY
INSURANCE COMPANY, EZZO
CONSTRUCTION, LLC, and
JOSEPH EZZO, JR.,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

September 19, 2022

PER CURIAM.

AFFIRMED.

ROBERTS, MAKAR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Kansas R. Gooden, Boyd & Jenerette, Miami, and Lara J. Edelstein, Conroy Simberg, Hollywood, for Appellees.